Jessica H. Meeder, Esq. (*pro hac vice*)
jessica@mayjung.com
**MAY JUNG LLP**
2006 MLK Jr. Ave SE, Suite 210
Washington, DC  20020
Tel: (202) 916-7289
Fax: (202) 618-8282

Je Yon Jung, Esq. (SBN #329774)
jeyon@mayjung.com
**MAY JUNG LLP**
333 City Blvd. West, Suite 327
Orange, CA 92868
Tel: (818) 869-6476
Fax: (202) 618-8282

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.L., a minor, by and through his parent and guardian, WILLIAM LOZANO, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br>vs.<br><br>ORANGE UNIFIED SCHOOL DISTRICT, *et al.*<br><br>*Defendants.* | **CASE NO. 8:23-cv-01078 FWS (KESx)**<br><br>**NOTICE OF MOTION AND PETITION FOR ORDER APPROVING COMPROMISE OF DISPUTED CLAIM OF MINOR**<br><br>Date:  September 5, 2024<br>Time:  10:00 am<br>Location:  10D<br>District Judge: Fred W. Slaughter<br>Magistrate Judge: Karen E. Scott |

**TO THE HONORABLE COURT, ALL PARTIES OF INTEREST, AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that on September 5, 2024 at 10:00 am or as soon thereafter as the matter may be heard in Courtroom 10D of the above-entitled court, located at 411 West Fourth Street, Santa Ana, CA 92701-4516, Petitioner William Lozano, parent, guardian, and custodian for the minor Plaintiff T.L., will move this Court for approval of this settlement and distribution of the minor's settlement funds.

Petitioner makes this Motion under Fed. R. Civ. P. 17(c), L.R. 7-1 *et seq.* and 17.1 *et seq.*, and California Code of Civil Procedure 372. The Motion is based on the Petition and the attached exhibits and declarations, the accompanying proposed order, and the pleadings and papers on file herein.

Plaintiff notified defense counsel of their intent to file this Motion pursuant to L.R. 7-3. **Defense counsel advised that they do not oppose this Motion.**

Plaintiff files this Notice to comply with the Local Rules; however, Plaintiff respectfully submits that no oral hearing on the Motion is necessary and requests that it be decided on the papers.

Dated: July 29, 2024                    Respectfully Submitted,

By:   __/s/ Jessica H. Meeder_____

Jessica H. Meeder, Esq. (*pro hac vice*)

NOTICE OF MOTION AND PETITION FOR ORDER APPROVING COMPROMISE OF DISPUTED CLAIM OF MINOR

2

jessica@mayjung.com
**MAY JUNG LLP**
2006 MLK Jr. Ave SE, Suite 210
Washington, DC  20020
Tel: (202) 916-7289
Fax: (202) 618-8282

Je Yon Jung, Esq. (SBN #329774)
jeyon@mayjung.com
**MAY JUNG LLP**
333 City Blvd. West, Suite 327
Orange, CA 92868
Tel: (818) 869-6476
Fax: (202) 618-8282

*Attorneys for Plaintiff*

NOTICE OF MOTION AND PETITION FOR ORDER APPROVING COMPROMISE OF DISPUTED CLAIM OF MINOR
3