NOTE: CHANGES MADE BY COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.L., a minor, by and through his parent and guardian, WILLIAM LOZANO, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>vs.<br><br>ORANGE UNIFIED SCHOOL DISTRICT, *et al.*<br><br>   Defendants. | CASE NO. 8:23-cv-01078 FWS-KES<br><br>ORDER RE: STIPULATION TO STAY DEADLINES PENDING DISPOSITION OF UNOPPOSED PETITION FOR MINOR'S COMPROMISE [96] |

The court has reviewed and considered the parties' Stipulation to Stay Deadlines Pending Disposition of Unopposed Petition for Minor's Compromise (the "Petition"). (Dkt. 96 (the "Stipulation").) Based on the files and records in this case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **ORDERS** that all current case deadlines are **STAYED** pending disposition of the Petition, or until further order of the court.

**IT IS SO ORDERED**.

Dated: July 30, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE